UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR BUENROSTRO,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>BOARD OF PAROLE HEAIRNGS, et al.,<br><br>　　　　Respondent. | NO. CV 11-430-CJC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that judgment be entered (1) denying Ground Three without prejudice; and (2) denying the petition in all other respects with prejudice.

DATED: October 10, 2013

　　　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge