JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR BUENROSTRO, | No. CV 11-430-CJC(AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| BOARD OF PAROLE HEARINGS, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) Ground Three is denied without prejudice; and (2) the petition is denied in all other respects with prejudice.

DATED: October 10, 2013

_____
CORMAC J. CARNEY
United States District Judge